Chris D. Barski (024321)
**BARSKI LAW PLC**
9375 E. Shea Blvd., Suite 100
Scottsdale, AZ 85260
Tel: (602) 441-4700
Fax: (602) 680-4305
cbarski@barskilaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| TODD A. JOSTES, | Case No. 2:21-bk-09022-BKM |
| Debtor. | **MOTION TO EXTEND DEADLINE FOR FILING OF ALL REQUIRED SCHEDULES AND STATEMENTS** |

Debtor Todd Jostes, by and through undersigned counsel, hereby moves the Court to extend the time for filing the Debtor's Schedules and Statements by fourteen days pursuant to 11 U.S.C. § 521 and Rule 1007, *Fed. R. Bankr. P.* In support of this Motion, the Debtor states and alleges as follows:

1. Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 14, 2021.

2. The meeting of creditors is scheduled for January 24, 2022

3. Debtor requests that he be granted an extension of time for filing all of the required Schedules and Statements by fourteen additional days until January 11, 2022.

4. Debtor's petition was filed on an exigent basis and has not had sufficient time to complete, review and sign all the Schedules and Statements required by it to be filed within 14 days of the petition date. This was partly due to the holidays.

5. Debtor has been working diligently to complete the forms and other tasks required of him by the Bankruptcy Code and is near complete but requires a short extension of time.

6. Debtor represents that a very short delay of fourteen days from the date of the initial deadline will cause no prejudice to creditors and will allow the Debtor and his attorney a reasonable opportunity to finish preparing the documents for filing.

7. Debtor represents that he will be severely prejudiced if unable to obtain the brief extension of time requested.

WHEREFORE the Debtor prays for an extension of time for filing the aforementioned documents until January 11, 2022.

DATED this December 28, 2021.

**BARSKI LAW PLC**

By: /s/ Chris Barski
Chris D. Barski

ORIGINAL of the foregoing electronically
filed this 28th day of December, 2021, with:

Clerk of U.S. Bankruptcy Court, District of Arizona
https://ecf.azb.uscourts.gov

COPY of the foregoing e-mailed this same date, to:

Lawrence Warfield
Chapter 7 Trustee
info@phxbankruptcy.com

All Creditors on the Master Mailing Matrix

By: /s/ Danae Romero